Form 19 - SECRETARY OF STATE - 306                                            -CRETARY OF STA-

**RUSSO, KEANE & TONER, LLP.**
**ATTN:**
U.S. SOUTHERN DIST. COURT    NEW YORK COUNTY         STATE OF NEW YORK

---

DOMINIC DIFRISCO, ETANO            plaintiff       Index No. **07 CV 3531**

                                                   Date Filed   .............
        - against -
                                                   Office No. **640-039**

MARRIOTT INTERNATIONAL, INC.       defendant
                                                   Court Date:   /   /

---

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**STEVE AVERY** being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action. That on the
**10th of May, 2007 at 08:55 AM**
at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
   **SUMMONS AND COMPLAINT**
   **CIVIL COVER SHEET**
   **JUDGES RULES**
   **& PRACTICES**
UPON: MARRIOTT INTERNATIONAL, INC.
**the DEFENDANT** in this action, by delivering to and leaving with
   **DONNA CHRISTIE, AGENT**

in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of **$40**. That said service was made pursuant to Section 306 of the BCL.

Deponent further describes the person actually served as follows:

   SEX: **FEMALE**        COLOR: **WHITE**        HAIR: **BLONDE**
   APP. AGE: **35**       APP. HT: **5:6**        APP. WT: **140**
OTHER IDENTIFYING FEATURES:

SWORN TO BEFORE ME THIS
16th DAY OF May, 2007tm                    ..........................
                                           STEVE AVERY
KENNETH WISSNER                            AETNA CENTRAL JUDICIAL SERVICES
Notary Public, State of New York           225 BROADWAY, SUITE 1802
   No.01WI4714130                          NEW YORK, NY, 10007
Qualified in NEW YORK COUNTY               Reference No: 3RKST34875
Commission Expires 03/30/2010