UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOMINIC DIFRISCO and SUSAN DIFRISCO,

                Plaintiff,                          Docket No.: 07 CV 3531

      -against-                            **RULE 7.1**
                                                **DISCLOSURE**
MARRIOTT INTERNATIONAL, INC.,          **STATEMENT**

                Defendant.
------------------------------------------------------------X

       Defendant-Respondent MARRIOTT INTERNATIONAL, INC., by its attorneys, WHITE, FLEISCHNER & FINO, LLP, as and for its Rule 7.1 Statement, hereby alleges as follows:

       1.     Marriott International, Inc., is a Delaware business maintaining its principal place of business in Bethesda, Maryland, and is a publicly traded corporation.

Dated: New York, New York
        July 6, 2007

                                           Yours, etc.,

                                           WHITE FLEISCHNER & FINO, LLP

                                           By: _____
                                              DANIEL M. STEWART (DMS 7989)
                                           Attorneys for Defendant
                                           140 Broadway - 36th Floor
                                           New York, New York 10005
                                           (212) 487-9700
                                           Our File No.: 104-12742-D-PAF/DMS

TO:    (See Attached Affidavit)

STATE OF NEW YORK  )
COUNTY OF NEW YORK ) ss:

Wendy Jantz, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Staten Island, New York.

That on July 6, 2007, deponent served the within **Rule 7.1 DISCLOSURE STATEMENT**, upon the attorneys and parties listed below by United States prepaid mail by placing same in a mailbox in the State of New York:

TO:

Stephen N. Toner, Esq.
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
Fax (212) 482-0002

_____
Wendy Jantz

Sworn to before me this
6th day of July, 2007

_____
DANIEL M STEWART
Notary Public, State of New York
No. 02ST5078049
Qualified in New York County
Commission Expires May 19, 20 11

Docket *No.:* 07 CV 3531                                              *Year*
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOMINIC DIFRISCO and SUSAN DIFRISCO,

            Plaintiff,

   -against-

MARRIOTT INTERNATIONAL, INC.,

            Defendant.

---

### RULE 7.1 DISCLOSURE STATEMENT

---

**WHITE FLEISCHNER & FINO, LLP**
*Attorneys for DEFENDANT, MARRIOTT INTERNATIONAL, INC.*
**140 BROADWAY
NEW YORK, N.Y. 10005
(212) 487-9700**

---

*To:*
*Attorney(s) for*

---

*Service of a copy of the within*    is hereby admitted.
*Dated:*

                                            .........................
                                            *Attorney(s) for*

---

*PLEASE TAKE NOTICE*

☐   that the within is a (certified) true copy of a
     entered in the office of the clerk of the within named Court on
NOTICE OF
ENTRY

☐   that an Order of which the within is a true copy will be presented for settlement to the Hon.
     one of the judges of the within named Court, at , on , at .
NOTICE OF
SETTLEMENT

*Dated:*

                                     **WHITE FLEISCHNER & FINO, LLP**
                         *Attorneys for DEFENDANT*
                                       **140 BROADWAY
NEW YORK, N.Y. 10005**