UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X
DOMINIC DIFRISCO and SUSAN DIFRISCO,

                Plaintiff,                Docket No.: 07 CV 3531

    -against-                    **NOTICE OF APPEARANCE**

MARRIOTT INTERNATIONAL, INC.,

                Defendant.
————————————————————————X

PLEASE TAKE NOTICE that defendant, MARRIOTT INTERNATIONAL, INC., hereby appears in the above entitled action, and that the undersigned has been retained as attorney for said defendant, MARRIOTT INTERNATIONAL, INC., and demands that all other papers in this action be served upon the undersigned at the office and post office address and email address stated below.

Dated: New York, New York
       July 6, 2007

                          Yours, etc.,

                          WHITE FLEISCHNER & FINO, LLP

                          By: _____
                             DANIEL M. STEWART (DMS 7989)
                          Attorneys for Defendant
                          140 Broadway - 36th Floor
                          New York, New York 10005
                          (212) 487-9700
                          Our File No.: 104-12742-D-PAF/DMS
                          DStewart@wff-law.com

TO:   (See Attached Affidavit)

STATE OF NEW YORK   )
COUNTY OF NEW YORK ) ss:

Wendy Jantz, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Staten Island, New York.

That on July 6, 2007, deponent served the within **NOTICE OF APPEARANCE,** upon the attorneys and parties listed below by United States prepaid mail by placing same in a mailbox in the State of New York:

TO:

Stephen N. Toner, Esq.
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
Fax (212) 482-0002

_____
Wendy Jantz

Sworn to before me this
6th day of July, 2007

_____
DANIEL M. STEWART
Notary Public, State of New York
No. 02ST5078049
Qualified in New York County
Commission Expires May 19, 20__

Docket *No.:* 07 CV 3531                                              *Year*
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINIC DIFRISCO and SUSAN DIFRISCO,

Plaintiff,

-against-

MARRIOTT INTERNATIONAL, INC.,

Defendant.

### NOTICE OF APPEARANCE

**WHITE FLEISCHNER & FINO, LLP**
*Attorneys for DEFENDANT, MARRIOTT INTERNATIONAL, INC.*
**140 BROADWAY
NEW YORK, N.Y. 10005
(212) 487-9700**

To:
Attorney(s) for

Service of a copy of the within    is hereby admitted.
Dated:

..........................
Attorney(s) for

PLEASE TAKE NOTICE

☐ that the within is a (certified) true copy of a
entered in the office of the clerk of the within named Court on
NOTICE OF
ENTRY

☐ that an Order of which the within is a true copy will be presented for settlement to the Hon.
one of the judges of the within named Court, at , on , at .
NOTICE OF
SETTLEMENT

Dated:

**WHITE FLEISCHNER & FINO, LLP**
*Attorneys for DEFENDANT*
**140 BROADWAY
NEW YORK, N.Y. 10005**