UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

Dominic Difrisco and Susan Difrisco,

        Plaintiff(s),        07 Civ. 3531 (CM) (DCF)

-against-        ORDER OF REFERENCE
        TO A MAGISTRATE JUDGE

Marriott International, Inc.,

        Defendant(s).

---------------------------------------X

The above entitled action is referred to the Honorable Debra C. Freeman, United States Magistrate Judge for the following purpose(s):

\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

**✓** Specific Non-Dispositive Motion/Dispute:*

    _Discovery_

\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_\_ Habeas Corpus

\_\_\_\_ Social Security

**✓** Settlement*

\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation

\_\_\_\_ Inquest After Default/Damages Hearing

Particular Motion:_____

All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: 7/13/2007
New York, New York

SO ORDERED

_Colleen McMahon_
Hon. Colleen McMahon
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____