# RUSSO, KEANE & TONER, LLP
### ATTORNEYS AT LAW
26 BROADWAY
NEW YORK, NEW YORK 10004

(212) 482-0001
FAX (212) 482-0002
WWW.RKTLAW.COM

APR - 2 2008

THOMAS F. KEANE
ALAN RUSSO *
STEPHEN B. TONER *
FERN FLOMENHAFT *
KEVIN G. HORBATIUK
CLAIRE F. RUSH
CHRISTOPHER G. KEANE
DAVID S. GOULD

OF COUNSEL:
SUSAN KEANE
FRANCESCA A. SABBATINO

*ALSO ADMITTED IN NEW JERSEY
+ALSO ADMITTED IN CONNECTICUT
•ALSO ADMITTED IN MASSACHUSETTS
•ALSO ADMITTED IN THE DISTRICT OF COLUMBIA
^ ALSO ADMITTED IN GEORGIA

JOHN J. KOMAR
CHRISTOPHER D. MEHNO
THERESA VILLANI
DENISE M. BUSH*
BRENDA R. HALL
JOSEFINA A. BELMONTE
MICHAEL J. SWEENEY*
CHARLENE C. KOW*
MARIE A. CASTRONUOVO
MARIE-FABIENNE F. DECASTRO
B. BARRINGTON PINK
MATTHEW P. MAZZOLA
LEE-DAVID WEINER
TINA ALTINEL-PROFITA

**MEMO ENDORSED**

March 26, 2008

### VIA FAX ONLY: 212-805-4258

U.S. Magistrate Debra Freeman
United States District Court
Southern District of New York
500 Pearl Street; Room 520
New York, New York 10007-1312

      Re:    DOMINIK DIFRISCO, et ano v.
                MARRIOTT INTERNATIONAL, INC.
                USDC-SD Civil Action No. 07CV 1531
                RK&T File No.: 640.039

Dear Magistrate Freeman:

      I received by fax this afternoon a copy of your Order dated, regarding our telephone conference of March 31, 2008.

      In that Order you direct that all remaining discovery issues are to be completed by Friday, April 10, 2008. This Order presumably includes the deposition of the defendant's Senior Vice President for Risk Management, Brad Wood, at the defendant's offices in Washington, D.C.

      The plaintiff respectfully requests that we be permitted to conduct the deposition of Mr. Wood on or before May 15th, 2008. It will be necessary for my office to receive and review the defendant's accident/incident claims logs to prepare for that deposition. In the event that we need

RUSSO, KEANE & TONER

**MEMO ENDORSED**

additional information to discern and/or decode the entries in the documents which the defendant will produce, I want to make sure that we have an opportunity to get that information prior to Mr. Wood's deposition.

I will be out of the country from April 23rd through April 29th. Therefore, I respectfully request that the deposition of Brad Wood be scheduled at a mutually convenient time on, or before, May 15th, 2008.

Thank you for your courtesy in this regard.

Very truly yours,
RUSSO, KEANE & TONER, LLP

STEPHEN B. TONER

SBT/mc

cc: Daniel M. Stewart, Esq.
WHITE, FLEISHNER & FINO, LLP
61 Broadway - 18th Floor
New York, New York 10006
dstewart@wff-law.com

*Via Fax Only: 212-587-9777*

Parties to agree on a firm date. Submit the date to the court to be "So ordered."

SO ORDERED:   DATE: 4/4/08

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

2