# D

104-12742-D-PAF/DMS
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

DOMINIC DIFRISCO and SUSAN DIFRISCO,

                Plaintiff,               Docket No.: 07 CV 3531

    -against-                           **AFFIDAVIT OF**
                                                        **LISE-ANN KAIDOO**

MARRIOTT INTERNATIONAL, INC.,

                Defendant.

---------------------------------------------------------------X

STATE OF NEW YORK      )
                                  ) SS:
COUNTY OF NEW YORK  )

Lise-Ann Kaidoo, being duly sworn, deposes and says under penalty of perjury pursuant to 28 U.S.C. §1746:

    1.    I am the calendar clerk for the law firm of White Fleischner & Fino, LLP.

    2.    As part of my duties as calendar clerk, it is my responsibility to maintain the firm's schedule. This includes acting as the primary contact for any deposition witnesses regarding scheduling issues that may arise.

    3.    On or about March 26, 2008 I was given a telephone number for Ms. Amiee Yohann and contacted her to re-schedule her February 20, 2008 deposition for April 7, 2008 at 5:00 P.M. During this conversation Ms. Yohann represented that she would be able to appear on the 7th.

    4.    After Ms. Yohann failed to appear on April 7th, I called and left messages for her on April 14, 2008 and April 16, 2008, to which I received no response. Following the

initial message, further attempts were made on April 16th; however, the answering machine appeared to have been turned off.

    5.    If called as a witness in this matter, I would testify in accordance with these facts.

Further affiant sayeth naught.

                                                                 Lise-Ann Kaidoo

Sworn to before me this
4th day of June, 2008

_____
Notary Public
DANIEL M. STEWART
Notary Public, State of New York
No. 02ST5078049
Qualified in New York County
Commission Expires May 19, 20 11