E

```
 1
 2   SUPREME COURT OF THE STATE OF NEW YORK
     COUNTY OF NEW YORK
 3   ------------------------------------------X
     DOMINIK DIFRISCO & SUSAN DIFRISCO,
 4
                                    PLAINTIFFS,
 5
                 -against-
 6
     MARRIOTT INTERNATIONAL, INC.
 7
                                    DEFENDANTS.
 8   ------------------------------------------X
 9
10                    DATE:   April 7, 2008
11                    TIME:   5:55 p.m.
12
13         STATEMENT in the above-entitled matter, at
14   the above date and time, held at the Offices of
15   White Fleischner & Fino, 61 Broadway, New York,
16   New York 10005, before a Notary Public of the
17   State of New York.
18
19
20
21
22
23
24
25
```

```
 1
 2    A P P E A R A N C E S:
 3
 4    RUSSO, KEANE & TONER, LLP
            Attorneys for the Plaintiffs
 5        26 Broadway
          New York, New York 10004
 6        BY:  NO APPEARANCE
 7
 8    WHITE FLEISCHNER & FINO, LLP
            Attorneys for the Defendant
 9        61 Broadway
          New York, New York 10005
10        BY:  PAUL FINO, ESQ.
11
12
13                *         *         *
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1

 2

 3            MR. FINO:  Let the record reflect

 4      that it is now 5:55 p.m. on April 7, 2008.

 5      There has been no appearance by the

 6      non-party witness, Ms. Aimee Yohan.

 7            There has been no telephone call nor

 8      any communication from her to this office

 9      explaining that she would not be attending

10      this deposition.

11            Let the record further reflect that

12      Ms. Yohan had previously been subpoenaed to

13      appear in this office on February 20, 2008

14      at 10:00 a.m. in the morning, and at that

15      time she also did not appear, nor was there

16      any phone call explaining her absence.

17      Her appearance today at 5:00 o'clock was

18      ordered by Magistrate, Debra Freeman, on

19      April 1, 2008, directing that the parties

20      are to conduct a deposition of Aimee Yohan

21      on April 7th at 5:00 p.m., with the

22      deposition not to proceed past 6:00 p.m.

23

24            (Continued on the next page.)

25
```

1
2
3        Again, there has been no telephone
4    calls, no letter, no email, no fax
5    explaining why she did not come to my
6    office at 5:00 p.m., nor curiously is there
7    any appearance by counsel representing the
8    plaintiffs, from the office of Russo, Keane
9    & Toner, nor have they called, emailed or
10   faxed any reason or reasons why they are
11   not here and ready to proceed with the
12   deposition.  Thank you.
13
14        (Whereupon, at 5:58 p.m., the above
15   matter concluded.)
16
17
18        I, NICOLE GRIFFIN, a Notary Public
19   for and within the State of New York, do
20   hereby certify that the above is a correct
21   transcription of my stenographic notes.
22
23
                    _____
24                    NICOLE GRIFFIN
25