G

**WHITE FLEISCHNER & FINO, LLP**  61 BROADWAY, NEW YORK, NY 10006
T 212.487.9700   F 212.487.9777   WWW.WFF-LAW.COM

**Via Certified Mail 7005 3110 0003 4404 7144/Return Receipt Requested**

April 17, 2008

Aimee Yohann
39-07 Broadway, Suite #B
Fairlawn, New Jersey 07410

Re:  DiFrisco, Dominic and Susan v. Marriott International, Inc.
     DOL: January 3, 2007
     Index No.: 07-CV-3531
     Our File No.: 104-12742-D-PAF/DMS
     Handling Attorneys: Paul A. Fino, Jr. and Daniel M. Stewart

Dear Ms. Yohann:

Pursuant to the subpoena served on you for a deposition on February 20, 2008 we are continuing our efforts to schedule same. I've tried contacting you on several occasions by phone on April 15th and April 16th. Please contact me upon receipt of this letter to schedule the deposition. The judge has directed us to hold the deposition before April 30, 2008. We are willing to have the deposition at 5:00pm to accommodate your work schedule.

Thank you for you anticipated cooperation.

Very truly yours,

WHITE FLEISCHNER & FINO, LLP

Paul A. Fino, Jr.
Pfino@wff-law.com

PAF/lk

cc:

**VIA FACSIMILE (212) 482-0002**

Stephen K. Toner, Esq.
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004

A NEW YORK LIMITED LIABILITY

HOLMDEL, NEW JERSEY   •   WHITE PLAINS, NEW
PHILADELPHIA, PENNSYLVANIA   •   BOCA RATON, FLORIDA
LONDON, ENGLAND

