**WHITE FLEISCHNER & FINO, LLP**   61 BROADWAY, NEW YORK, NY 10006
T 212.487.9700   F 212.487.9777   WWW.WFF-LAW.COM

September 10, 2008

SEP 10 2008

**Via Facsimile (212) 805-4258**

Hon. Magistrate Judge Debra C. Freeman
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 525
New York, New York 10007
**ATTN: Ms. Hillary Drew**

Re:   DiFrisco v. Marriott Int'l
      Docket No.: 07-CV-3531 (CM)(DCF)
      Our File No.: 104-12742-D-PAF/DMS

9/10/08

Dear Ms. Drew:

Please be advised that our motion for sanctions against Aimee Yohann has been withdrawn as she did appear for her deposition.

Very truly yours,

WHITE FLEISCHNER & FINO, LLP

Paul A. Fino, Jr.
pfino@wff-law.com

PAF/wj

The Clerk of the Court is directed to mark the motion filed as Docket #18 as withdrawn.

SO ORDERED:   DATE: 9/10/08

**DEBRA FREEMAN**
UNITED STATES MAGISTRATE JUDGE

**MEMO ENDORSED**

A NEW YORK LIMITED LIABILITY PARTNERSHIP

HOLMDEL, NEW JERSEY • WHITE PLAINS, NEW YORK • GARDEN CITY, NEW YORK
PHILADELPHIA, PENNSYLVANIA • BOCA RATON, FLORIDA
LONDON, ENGLAND